| | |
|---|---|
| 1 | PAUL L. REIN, Esq. (SBN 43053) |
| 2 | AARON M. CLEFTON, Esq. (SBN 318680)<br>REIN & CLEFTON, Attorneys at Law |
| 3 | 200 Lakeside Drive, Suite A<br>Oakland, CA  94612 |
| 4 | Telephone:     510/832-5001<br>Facsimile:      510/832-4787 |
| 5 | info@reincleftonlaw.com |
| 6 | Attorneys for Plaintiff<br>EDUARDO DERAS-NAVA |
| 7 | HOUMAN CHITSAZ (SBN 219469) |
| 8 | NARDELL CHITSAZ & ASSOCIATES LLP<br>999 Fifth Avenue, Suite 230 |
| 9 | San Rafael, California 94901<br>Tel:  415.306.5560 |
| 10 | Fax: 415.455.9482<br>houman@ncalegal.com |
| 11 | Attorneys for Defendant |
| 12 | URBARN LIFE, INC. (CA) dba NECK OF<br>THE WOODS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | EDUARDO DERAS-NAVA, | CASE NO. 3:19-cv-07550- WHO<br><u>Civil Rights</u> |
| 17 | Plaintiff, | |
| 18 | v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 19 | URBARN LIFE, INC. (CA) dba NECK OF THE WOODS; MILLER-RAVETTI CO; | |
| 20 | SUTRO PROPERTY MANGEMENT, | Action Filed:  November 18, 2019 |
| 21 | Defendants. | |

## **STIPULATION**

Plaintiff EDUARDO DERAS-NAVA ("Plaintiff") and URBARN LIFE, INC. (CA) dba NECK OF THE WOODS ("Defendant") hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against Defendants be dismissed with prejudice.

1

STIP TO DISMISS
CASE NO. 3:19-cv-07550-WHO

**IT IS SO STIPULATED.**

Date: September 18, 2020                    REIN & CLEFTON

    */s/ Aaron M. Clefton*
By AARON M. CLEFTON, Esq.
Attorney for Plaintiff
EDUARDO DERAS-NAVA

Date: September 18, 2020                    NARDELL CHITSAZ & ASSOCIATES LLP

    */s/ Houman Chitsaz*
By HOUMAN CHITSAZ, Esq.
Attorney for Plaintiff
URBARN LIFE, INC. (CA) dba NECK OF THE WOODS

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on September 18, 2020, I, Aaron Clefton, attorney with Rein & Clefton, Attorneys at Law, received the concurrence of Houman Chitsaz in the filing of this document.

    */s/ Aaron Clefton*
Aaron Clefton

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: September 21, 2020

_____
Honorable William H. Orrick
U.S. District Court Judge